JOSHUA S. GOODMAN, ESQ. (SBN 116576)
ZACHARY S. TOLSON, ESQ. (SBN 242824)
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone:  (415) 705-0400
Facsimile:  (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| SONIA LEVESQUE,<br><br>                    Plaintiff,<br><br>          vs.<br><br>HOME DEPOT U.S.A. INC., and DOES 1 to 20,<br><br>                    Defendants. | Case No.: 1:09−CV−00905−DLB<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to FED.R.CIV.PRO. 41(a)(1)(A)(ii) it is hereby stipulated and agreed that Plaintiff SONIA LEVESQUE hereby voluntarily dismisses the above-captioned case with prejudice, in entirety, each party to bear their own costs.

DATED: November 30, 2009          LAW OFFICES OF EDWARD B. CHATOIAN

                                  By: /s/
                                      EDWARD B. CHATOIAN
                                      Attorneys for Plaintiff, SONIA LEVESQUE

DATED: November 30, 2009          JENKINS GOODMAN NEUMAN & HAMILTON LLP

                                  By: /s/
                                      JOSHUA S. GOODMAN
                                      Attorneys for Defendant HOME DEPOT U.S.A., INC.

**ORDERED: THE CASE IS DISMISSED.  ALL FUTURE DATES ARE VACATED.**

IT IS SO ORDERED.

Dated:  **January 5, 2010**                    /s/ Dennis L. Beck
                                               UNITED STATES MAGISTRATE JUDGE